**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

SEHRA WAHEED,

Plaintiff,

-against-

25 **CIVIL** 4787 (LJL)

**JUDGMENT**

NEW YORK LOAN COMPANY, LLC, et al.,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated October 13, 2026, the motion for leave to file the TAC at Dkt. No. 68 is GRANTED. Defendants' motion to dismiss at Dkt. No. 81 is GRANTED, and the action is dismissed with prejudice to refiling in federal court. Plaintiff may pursue her state law claims in New York state courts. Because the motion to dismiss has been granted, Plaintiff's letter motions at Dkt. No. 66 and Dkt. No. 84, bearing on a potential additional defendant and construction of Defendants' comments regarding their entity name, are DENIED AS MOOT. Plaintiffs' motion for expedited consideration of her emergency motion for interim monetary relief is GRANTED, and the motion for a preliminary injunction is DENIED AS MOOT; accordingly, the case is closed.

**Dated:** New York, New York

October 14, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**